IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff/Respondent,

v.                                    Civ. No. 11-0832 JP/ACT
                                        Cr. No.   10-1791 JP

HECTOR RAUL GAMEZ-MACIAS,

     Defendant/Movant.

ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation [Doc. 5], and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation will be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

_____
James A. Parker
Senior United States District Judge